USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

      Plaintiff,

v.

NEW PIG CORPORATION,

      Defendant.

No. 21-CV-1135 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court has been advised that the parties have settled this action contingent upon the execution of a written settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Any application to reopen this action must be filed within sixty (60) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same sixty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated: April 16, 2021
    New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge